**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001366
27-AUG-2015
07:47 AM**

NO. CAAP-14-0001366

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DOMINADOR S. ABALOS, JR., Claimant-Appellant,
v.
COUNTY OF KAUAI – WATER DEPT., Employer-Appellee-Self-Insured,
and
FIRMS CLAIMS SERVICES, Third Party Administrator-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2013-239(K) (4-12-00734)

ORDER APPROVING THE AUGUST 19, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed August 19, 2015, by Claimant-Appellee-Appellant
Dominador S. Abalos, Jr., the papers in support, and the record,
it appears that (1) the stipulation is dated and signed by
counsel for all parties appearing in the appeal; (2) the parties
seek to dismiss the appeal without prejudice, pursuant to Hawai'i
Rules of Appellate Procedure Rule 42(b); (3) the appeal was
docketed February 17, 2015; and (4) the parties agree to bear
their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, August 27, 2015.

Chief Judge

Associate Judge

Associate Judge